UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. HOVANSKI,<br><br>          Plaintiff,<br><br>     v.<br><br>KING, et al<br><br>          Defendants. | Case No.  1:13-cv-00377-JLT (PC)<br><br>**ORDER DIRECTING DEFENDANT TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN THIRTY DAYS**<br><br>(Doc. 14)<br><br>30 DAY DEADLINE |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff, Thomas D. Hovanski, a state prisoner proceeding pro se and in forma pauperis.  This action is currently assigned only to the Magistrate Judge based on Plaintiff's consent (Doc. 6) and Appendix A(k)(4) of the Local Rules.  Defendant[1] has now appeared in the action.

Therefore, Defendant shall notify the Court within **30 days** from the date of service of this order whether she consents to or declines United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

   Dated:   **October 10, 2013**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Lauren Wallace is the only Defendjant remaining in this action.  Audrey King was previously terminated from the action.  (*See* Doc. 11.)

1