# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DANIEL HOVANSKI,<br><br>          Plaintiff,<br><br>     v.<br><br>WALLACE,<br><br>          Defendant. | **Case No.  1:13-cv-00377-LJO-JLT (PC)**<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHIN TWENTY-ONE DAYS**<br><br>**(Doc. 25)** |

   Plaintiff, Thomas D. Hovanski, is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  Plaintiff is proceeding on the First Amended Complaint against Defendant Lauren Wallace for violation of Plaintiff's rights under the Fourteenth Amendment.  (Docs. 10, 11.)

   On May 2, 2014, Defendant filed a motion for summary judgment.  (Doc. 25.)  On May 7, 2014, a second informational order issued advising Plaintiff of the requirements to oppose a motion for summary judgment and directing Plaintiff to file an opposition or a statement of non-opposition within 21 days.  (Doc. 26.)  More than 21 days have passed and Plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 230(*l*).

   Accordingly, it is HEREBY ORDERED that:

   1. Plaintiff shall file an opposition or a statement of non-opposition to the motion within **21 days** from the date of service of this order; and

2. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:  **June 11, 2014**                              /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE